United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15612-ref
Monica Borja                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: Aug 30, 2016
                             Form ID: 309I           Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2016.
db            Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA  18072-9518
tr           +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,   P.O. Box 4010,
               Reading, PA 19606-0410
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
13772859      Cerulean,    PO Box 31292,    Tampa, FL 33631-3292
13772864     +Geisinger Medical Group,    c/o Penn Credit Corporation,    916 S 14th St,
               Harrisburg, PA 17104-3425
13772869     +KML Law Group,    Ste 5000-BNY Indepen Ctr,    701 Market Street,   Philadelphia, PA 19106-1538
13772868     +Kay Jewelers,    PO Box 1799,    Akron, OH 44309-1799
13772870     +MABT/ContFin,    121 Continental Dr,    Suite 108,   Newark, DE 19713-4326
13772875     +Paramount Residential Mortgage Gr,    425 Phillips Blvd,    Ewing, NJ 08618-1430
13772876     +Plainfield Township,    1549 Pen Argyl Rd,    Pen Argyl, PA 18072-9609
13772877     +Provident/PRMG,    1265 Corono Pointe Ct Ste 301,    Corona, CA 92879-1799
13772878     +Six Flags Great Adventure,    c/o Midwest Recovery Systems,    12 Westbury Dr Ste D,
               Saint Charles, MO 63301-2543
13772881      St Lukes Physicians Group,    PO Box 5386,    Bethlehem, PA 18015-0386
13772882     +Wind Gap Chevrolet Buick Inc,    1043 S Broadway Box 248,    Wind Gap, PA 18091-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jchristman@newmanwilliams.com Aug 31 2016 02:16:36     J. ZAC CHRISTMAN,
               Newman, Williams,    PO Box 511, 712 Monroe Street,    Stroudsburg, PA  18360
smg          +E-mail/Text: robertsl2@dnb.com Aug 31 2016 02:16:57     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 31 2016 02:17:01     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust          +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 31 2016 02:16:53     United States Trustee,
               Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13772855     +EDI: GMACFS.COM Aug 31 2016 02:13:00      Ally Financial,    PO Box 380901,
               Bloomington, MN 55438-0901
13772856     +EDI: TSYS2.COM Aug 31 2016 02:13:00      Barclays Bank DE,    700 Prides Xing,
               Newark, DE 19713-6102
13772858     +EDI: CAPITALONE.COM Aug 31 2016 02:13:00      Capital One,    PO Box 30253,
               Salt Lake City, UT 84130-0253
13772857     +EDI: CAPITALONE.COM Aug 31 2016 02:13:00      Capital One,    PO Box 30285,
               Salt Lake City, UT 84130-0285
13772861      EDI: DISCOVER.COM Aug 31 2016 02:13:00      Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850
13772860      E-mail/Text: BKRMailOps@weltman.com Aug 31 2016 02:16:55       Discover,
               c/o Weltman Weinberg & Reis,    PO Box 93596,   Cleveland, OH 44101-5596
13779072      EDI: DISCOVER.COM Aug 31 2016 02:13:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
13772862      EDI: TCISOLUTIONS.COM Aug 31 2016 02:13:00      Emblem Mastercard,    PO Box 89210,
               Sioux Falls, SD 57109-9210
13772862      E-mail/Text: bknotices@totalcardinc.com Aug 31 2016 02:16:54     Emblem Mastercard,
               PO Box 89210,    Sioux Falls, SD 57109-9210
13772863     +EDI: AMINFOFP.COM Aug 31 2016 02:13:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
13772865     +E-mail/Text: bankruptcy@hccredit.com Aug 31 2016 02:18:15      HCCREDIT/FEB,
               203 E Emma Ave Ste A,    Springdale, AR 72764-4625
13772866      EDI: IRS.COM Aug 31 2016 02:13:00      IRS,   Centralized Insolvency Op,    PO Box 7346,
               Philadelphia, PA 19101-7346
13772867     +E-mail/Text: ebnsterling@weltman.com Aug 31 2016 02:16:40      Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
13772871     +EDI: MERRICKBANK.COM Aug 31 2016 02:13:00      Merrick Bank,    10705 S Jordan Gtwy Ste 200,
               South Jordan, UT 84095-3977
13772872     +EDI: MERRICKBANK.COM Aug 31 2016 02:13:00      Merrick Bank Corp,    c/o Carson Smithfield LLC,
               PO Box 9216,    Old Bethpage, NY 11804-9016
13772873     +E-mail/Text: mail@nepafcu.org Aug 31 2016 02:16:40     NE PA Community FCU,    337 Clay Avenue,
               Stroudsburg, PA 18360-1288
13772874      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 02:16:46     PA Dept of Revenue,
               Bureau of Compliance,    PO Box 280946,   Harrisburg, PA 17128-0946
13774933     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 31 2016 02:16:46
               Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
               Harrisburg, PA 17128-0946
13772879      EDI: AGFINANCE.COM Aug 31 2016 02:13:00      Springleaf Financial Services,
               2959 Rt 611 Suite 105,    Tannersville, PA 18372-7926
13772880     +EDI: AGFINANCE.COM Aug 31 2016 02:13:00      Springlief Financial Services,    PO Box 59,
               Evansville, IN 47701-0059
                                                                                              TOTAL: 24

```
District/off: 0313-4          User: Lisa              Page 2 of 2              Date Rcvd: Aug 30, 2016
                              Form ID: 309I           Total Noticed: 40
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 4
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Monica Borja** | | Social Security number or ITIN | xxx–xx–7257 |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | | Social Security number or ITIN | _ _ _ _ |
| | First Name    Middle Name    Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | | Date case filed for chapter 13 | 8/8/16 |
| Case number: | 16–15612–ref | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                                                     12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Monica Borja | | |
| 2. | **All other names used in the last 8 years** | aka Monica Rubio, aka Monica Rubio–Borja | | |
| 3. | **Address** | 913 Constitution Avenue<br>Pen Argyl, PA 18072–9518 | | |
| 4. | **Debtor's attorney**<br>Name and address | J. ZAC CHRISTMAN<br>Newman, Williams<br>PO Box 511, 712 Monroe Street<br>Stroudsburg, PA 18360 | | Contact phone 570–421–9090<br>Email:  jchristman@newmanwilliams.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 8/30/16 |

**For more information, see page 2**

Official Form 309I                              **Notice of Chapter 13 Bankruptcy Case**                              page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 27, 2016 at 1:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 11/26/16** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/26/16** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/4/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $1885.00 per month for 60 months. The hearing on confirmation will be held on:<br>**11/3/16** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |