Met-Ed
PO Box 16001
Reading, PA 19612