Certificate Number: 12433-PAE-DE-028101897

Bankruptcy Case Number: 16-15612



12433-PAE-DE-028101897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 22, 2016, at 3:52 o'clock PM EDT, Monica Borja completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 22, 2016          By:   /s/Laura Gannon

                                   Name: Laura Gannon

                                   Title: Teacher