# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Monica Borja<br>　　　　　　　Debtor<br><br>Paramount Residential<br>Mortgage Group, Inc.<br>　　　　　　　Movant<br>　　　　v.<br>Monica Borja<br>　　　　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　　　Trustee | Chapter 13<br><br>NO. 16-15612 REF |

### ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on July 17, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 913 Constitution Avenue, Pen Argyl, PA 18072, to allow Paramount Residential Mortgage Group, Inc., or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its *in rem* State Court remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 8, 2017**

　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cc: See attached service list