United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Monica Borja  
    Debtor

Case No. 16-15612-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Nov 08, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.  
db         Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA   18072-9518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:  
       DENISE ELIZABETH CARLON    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. bkgroup@kmllawgroup.com  
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
       J. ZAC CHRISTMAN    on behalf of Debtor Monica   Borja jchristman@newmanwilliams.com, epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
       MATTEO SAMUEL WEINER    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. bkgroup@kmllawgroup.com  
       REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. bkgroup@kmllawgroup.com  
       THOMAS I. PULEO    on behalf of Creditor    Paramount Residential Mortgage Group, Inc. tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                       TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Monica Borja<br>　　　　　Debtor<br><br>Paramount Residential<br>Mortgage Group, Inc.<br>　　　　　Movant<br>　　v.<br>Monica Borja<br>　　　　　Debtor<br><br>Frederick L. Reigle<br>　　　　　Trustee | Chapter 13<br><br>NO. 16-15612 REF |

**ORDER**

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved by the Court on July 17, 2017, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the real property at 913 Constitution Avenue, Pen Argyl, PA 18072, to allow Paramount Residential Mortgage Group, Inc., or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage on the aforesaid property and pursue its *in rem* State Court remedies.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: November 8, 2017**

_____
United States Bankruptcy Judge

cc: See attached service list