## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **MONICA BORJA**, aka | : | Chapter 13 |
| Monica Rubio, aka | : | Case No. **16-15612-ref** |
| Monica Rubio-Borja, | : | |
| Debtor. | : | |

## ORDER GRANTING
## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ATTORNEYS FOR DEBTOR

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor, and after Notice to all creditors and parties in interest, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor is GRANTED and Compensation of $4,000 is hereby awarded to Attorneys for Debtor.

**Date: November 14, 2017**

**RICHARD E. FEHLING, BANKRUPTCY JUDGE**