United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-15612-ref
Monica Borja                                                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Nov 14, 2017
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
db        Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA 18072-9518

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
          J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja jchristman@newmanwilliams.com,
           epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
           .com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
           bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
           tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  **MONICA BORJA**, aka | : | Chapter 13 |
| Monica Rubio, aka | : | Case No. **16-15612-ref** |
| Monica Rubio-Borja, | : | |
| Debtor. | : | |

**ORDER GRANTING**

**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF ATTORNEYS FOR DEBTOR**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor is GRANTED and Compensation of $4,000 is hereby awarded to Attorneys for Debtor.

**Date: November 14, 2017**

_____
**RICHARD E. FEHLING, BANKRUPTCY JUDGE**