IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **MONICA BORJA**, aka | : | Chapter 13 |
| Monica Rubio, aka | : | Case No. **16-15612-ref** |
| Monica Rubio-Borja, | : | |
| Debtor. | : | |

**ORDER GRANTING
MOTION TO TERMINATE WAGE ATTACHMENT**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is hereby ORDERED and that said Motion is hereby GRANTED and the Amended Order affecting Wage Attachment entered on January 2, 2014, be and is hereby terminated. **WIND GAP CHEVROLET BUICK, INC., C/O JETPAY PAYROLL SERVICES,** is hereby ORDERED to immediately terminate the wage attachment.

**Date: February 12, 2018**

_____
Richard E. Fehling, Bankruptcy Judge

cc:   Wind Gap Chevrolet Buick, Inc.
      c/o JetPay Payroll Services
      3939 West Drive
      Center Valley, PA  18034