United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15612-ref
Monica Borja                                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1          Date Rcvd: Feb 12, 2018
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2018.
db              Monica Borja,    913 Constitution Avenue,    Pen Argyl, PA  18072-9518
               +Wind Gap Chev Buick, Inc.,    c/o JetPay Payroll Svcs.,    3939 West Drive,
                Center Valley, PA 18034-9001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja jchristman@newmanwilliams.com,
               epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;vsmith@newmanwilliams.com;eapotito@hotmail
               .com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Paramount Residential Mortgage Group, Inc.
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **MONICA BORJA**, aka          :      Chapter 13
      Monica Rubio, aka             :      Case No. **16-15612-ref**
      Monica Rubio-Borja,          :
            Debtor.          :


**ORDER GRANTING
MOTION TO TERMINATE WAGE ATTACHMENT**

      AND NOW, upon consideration of Debtor's Motion to Terminate Wage Attachment, it is

hereby ORDERED and that said Motion is hereby GRANTED and the Amended Order affecting

Wage Attachment entered on January 2, 2014, be and is hereby terminated.  **WIND GAP**

**CHEVROLET BUICK, INC., C/O JETPAY PAYROLL SERVICES,** is hereby ORDERED to immediately

terminate the wage attachment.


**Date: February 12, 2018**

_____
Richard E. Fehling, Bankruptcy Judge


cc:      Wind Gap Chevrolet Buick, Inc.
      c/o JetPay Payroll Services
      3939 West Drive
      Center Valley, PA  18034