**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: **MONICA BORJA**, aka | : | Chapter 13 |
| Monica Rubio, aka | : | Case No. **16-15612-ref** |
| Monica Rubio-Borja, | : | |
| Debtor. | : | |

## ORDER GRANTING MOTION TO DISMISS CASE

Upon consideration of the Trustee's Motion to Dismiss Case Pursuant to U.S.C. Section 1307 and Debtors' Praecipe to Voluntarily Dismiss Case, the above-captioned Chapter 13 Bankruptcy Case be and is hereby DISMISSED.

BY THE COURT

**Date: May 8, 2018**

_____
Richard E. Fehling, Bankruptcy Judge