United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-15612-ref
Monica Borja                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv          Page 1 of 2          Date Rcvd: May 08, 2018
                             Form ID: pdf900     Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2018.
db               Monica Borja,   913 Constitution Avenue,   Pen Argyl, PA  18072-9518
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg             +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
13772856        +Barclays Bank DE,   700 Prides Xing,   Newark, DE 19713-6102
13772857        +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
13772858        +Capital One,   PO Box 30253,   Salt Lake City, UT 84130-0253
13772859         Cerulean,   PO Box 31292,   Tampa, FL 33631-3292
13772863        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
13772864        +Geisinger Medical Group,   c/o Penn Credit Corporation,   916 S 14th St,
                 Harrisburg, PA 17104-3425
13772869        +KML Law Group,   Ste 5000-BNY Indepen Ctr,   701 Market Street,   Philadelphia, PA 19106-1538
13772868        +Kay Jewelers,   PO Box 1799,   Akron, OH 44309-1799
13826315        +Kay Jewelers,   c/o Porania, LLC,   6991 E. Camelback Rd, D-300,   Scottsdale, AZ 85251-2492
13772870        +MABT/ContFin,   121 Continental Dr,   Suite 108,   Newark, DE 19713-4326
13788079       ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
                 (address filed with court:  MET Ed,   First Energy,   331 Newman Springs Road, Bldg 3,
                 RedBank, NJ 07701)
13772875        +Paramount Residential Mortgage Gr,   425 Phillips Blvd,   Ewing, NJ 08618-1430
13824760        +Paramount Residential Mortgage Group, Inc.,   Cenlar FSB,   425 Phillips BLVD,
                 Ewing, NJ 08618-1430
13772876        +Plainfield Township,   1549 Pen Argyl Rd,   Pen Argyl, PA 18072-9609
13772877        +Provident/PRMG,   1265 Corono Pointe Ct Ste 301,   Corona, CA 92879-1799
13772878        +Six Flags Great Adventure,   c/o Midwest Recovery Systems,   12 Westbury Dr Ste D,
                 Saint Charles, MO 63301-2543
13772881         St Lukes Physicians Group,   PO Box 5386,   Bethlehem, PA 18015-0386
13772882        +Wind Gap Chevrolet Buick Inc,   1043 S Broadway Box 248,   Wind Gap, PA 18091-1633

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 09 2018 02:10:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13772855        +E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 02:09:50     Ally Financial,
                 PO Box 380901,   Bloomington, MN 55438-0901
13783569         E-mail/Text: ally@ebn.phinsolutions.com May 09 2018 02:09:50     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
13772861         E-mail/Text: mrdiscen@discover.com May 09 2018 02:09:50     Discover Financial Services,
                 PO Box 15316,   Wilmington, DE 19850
13772860         E-mail/Text: BKRMailOps@weltman.com May 09 2018 02:10:08     Discover,
                 c/o Weltman Weinberg & Reis,   PO Box 93596,   Cleveland, OH 44101-5596
13779072         E-mail/Text: mrdiscen@discover.com May 09 2018 02:09:50     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
13772862         E-mail/Text: bknotices@totalcardinc.com May 09 2018 02:10:06     Emblem Mastercard,
                 PO Box 89210,   Sioux Falls, SD 57109-9210
13772865        +E-mail/Text: bankruptcy@hccredit.com May 09 2018 02:10:29     HCCREDIT/FEB,
                 203 E Emma Ave Ste A,   Springdale, AR 72764-4625
13772866         E-mail/Text: cio.bncmail@irs.gov May 09 2018 02:09:52     IRS,   Centralized Insolvency Op,
                 PO Box 7346,   Philadelphia, PA 19101-7346
13825209         E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:10     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
13772867        +E-mail/Text: BKRMailOPS@weltman.com May 09 2018 02:09:55     Kay Jewelers,   375 Ghent Road,
                 Fairlawn, OH 44333-4600
13798545         E-mail/Text: bkr@cardworks.com May 09 2018 02:09:49     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
13772871        +E-mail/Text: bkr@cardworks.com May 09 2018 02:09:49     Merrick Bank,
                 10705 S Jordan Gtwy Ste 200,   South Jordan, UT 84095-3977
13772872        +E-mail/Text: bkr@cardworks.com May 09 2018 02:09:49     Merrick Bank Corp,
                 c/o Carson Smithfield LLC,   PO Box 9216,   Old Bethpage, NY 11804-9016
13772873        +E-mail/Text: mail@nepafcu.org May 09 2018 02:09:54     NE PA Community FCU,   337 Clay Avenue,
                 Stroudsburg, PA 18360-1288
13772874         E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:02     PA Dept of Revenue,
                 Bureau of Compliance,   PO Box 280946,   Harrisburg, PA 17128-0946
13774933        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 09 2018 02:10:02     PA Dept of Revenue,
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13825269        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 09 2018 02:10:10     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,   Po Box 7999,   Saint Cloud Mn 56302-7999
13788681         E-mail/PDF: cbp@onemainfinancial.com May 09 2018 02:05:48     SPRINGLEAF FINANCIAL SERVICES,
                 P.O. BOX 3251,   EVANSVILLE, IN 47731-3251
13772879         E-mail/PDF: cbp@onemainfinancial.com May 09 2018 02:05:28     Springleaf Financial Services,
                 2959 Rt 611 Suite 105,   Tannersville, PA 18372-7926

```
District/off: 0313-4          User: dlv              Page 2 of 2              Date Rcvd: May 08, 2018
                              Form ID: pdf900        Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13772880        +E-mail/PDF: cbp@onemainfinancial.com May 09 2018 02:05:28      Springlief Financial Services,
                  PO Box 59,   Evansville, IN 47701-0059
```
```
                                                                                TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
13794588*      ++MET ED FIRST ENERGY,   101 CRAWFORD CORNER RD,   BLDG 1 SUITE 1-511,   HOLMDEL NJ 07733-1976
                  (address filed with court:  Met-Ed,   PO Box 16001,   Reading, PA 19612)
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2018 at the address(es) listed below:
```
        DENISE ELIZABETH CARLON    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
          bkgroup@kmllawgroup.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
        J. ZAC CHRISTMAN    on behalf of Debtor Monica  Borja jchristman@newmanwilliams.com,
          epotito@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;eapotito@hotmai
          l.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
        MATTEO SAMUEL WEINER    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
          bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
          bkgroup@kmllawgroup.com
        ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
          RRamos-Cardona@fredreiglech13.com
        THOMAS I. PULEO    on behalf of Creditor   Paramount Residential Mortgage Group, Inc.
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                         TOTAL: 10
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  **MONICA BORJA**, aka        :       Chapter 13
       Monica Rubio, aka           :       Case No. **16-15612-ref**
       Monica Rubio-Borja,        :
                  Debtor.        :

### ORDER GRANTING MOTION TO DISMISS CASE

Upon consideration of the Trustee's Motion to Dismiss Case Pursuant to U.S.C. Section

1307 and Debtors' Praecipe to Voluntarily Dismiss Case, the above-captioned Chapter 13

Bankruptcy Case be and is hereby DISMISSED.

BY THE COURT

**Date: May 8, 2018**

_____
Richard E. Fehling, Bankruptcy Judge